UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NING LUN CIIN, )
                                                              )
       Plaintiff, )
                                                              ) **JUDGMENT IN A CIVIL CASE**
   v. )
                                                               ) **CASE NO. 4:15-CV-49-D**
CAROLYN W. COLVIN, Acting Commissioner of )
Social Security, )
                                                               )
       Defendant. )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on June 22, 2015, and Copies To:**

| | |
|---|---|
| Daniel R. Lauffer | (via CM/ECF Notice of Electronic Filing) |
| Leo R. Montenegro | (via CM/ECF Notice of Electronic Filing) |

DATE:                                  JULIE RICHARDS JOHNSTON, CLERK

June 22, 2015                       (By) /s/ Courtney O'Brien
                                                       Deputy Clerk